IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-94-008-CV





RAILROAD COMMISSION OF TEXAS; MARTHA WHITEHEAD, SUCCESSOR


TO KAY BAILEY HUTCHISON, TREASURER OF TEXAS;


AND DAN MORALES, ATTORNEY GENERAL OF TEXAS,



 APPELLANTS


vs.





WESTAR TRANSMISSION COMPANY,



 APPELLEE



 




FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT



NO. 91-6105, HONORABLE F. SCOTT McCOWN, JUDGE PRESIDING



 




PER CURIAM



 The parties have filed a joint motion for an agreed final order. The motion is
granted. Tex. R. App. P. 59(a)(1)(A).

 The judgment of the district court is set aside, and the cause is remanded for entry
of judgment in accordance with the agreement of the parties.


Before Justices Powers, Aboussie and Jones

Judgment Set Aside and Cause Remanded for Entry of Judgment on Joint Motion

Filed: April 13, 1994

Do Not Publish